```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 10407
   REGINA DEAN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-8857

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/22/2005 and was confirmed 05/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  57.01% from remaining funds.

     The case was paid in full 08/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
HAWTHORNE CREDIT UNION     SECURED           8435.00         1049.32         8435.00
HAWTHORNE CREDIT UNION     UNSECURED OTH     7336.51             .00         4182.44
HOMECOMINGS FINANCIAL NE   CURRENT MORTG    27838.05             .00        27838.05
HOMECOMINGS FINANCIAL NE   MORTGAGE ARRE     2640.20             .00         2640.20
HOMECOMINGS FINANCIAL NE   NOTICE ONLY     NOT FILED             .00             .00
TRIAD FINANCIAL            UNSECURED OTH    12330.98             .00         7029.71
CBCS                       UNSECURED       NOT FILED             .00             .00
FEDERAL STAFFOR LOAN PRO   UNSECURED       NOT FILED             .00             .00
NICOR GAS                  UNSECURED OTH     570.73              .00          325.36
ROBERT MORRIS COLLEGE      UNSECURED       NOT FILED             .00             .00
TRIAD FINANCIAL            SECURED              .00              .00             .00
TIMOTHY K LIOU             DEBTOR ATTY      1,069.20                        1,069.20
TOM VAUGHN                 TRUSTEE                                          2,941.90
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE           55,511.18

PRIORITY                                         .00
SECURED                                     38,913.25
   INTEREST                                  1,049.32
UNSECURED                                   11,537.51
ADMINISTRATIVE                               1,069.20
TRUSTEE COMPENSATION                         2,941.90
DEBTOR REFUND                                    .00
                  ---------------        ---------------
TOTALS            55,511.18                 55,511.18


                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 10407 REGINA DEAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE